No. 659. BAY PRAIRIE IRRIGATION COMPANY, PETITIONER, *v.* RICHARD WOOD ET AL. April 15, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for

the Fifth Circuit denied. *Mr. Hannis Taylor, Mr. A. L. Jackson* and *Mr. H. M. Garwood* for petitioner. *Mr. Richard Wood pro se.*